UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BELAL MOHTASHAMI #A244-550-893 | CIVIL ACTION NO. 1:26-CV-00618 SEC P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| SHAY RICE ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and considering the objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 18] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Belal Mohtashami ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 [Doc. 1] be GRANTED. Petitioner shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today.

IT IS FURTHER ORDERED that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at LaSalle ICE Processing Center, where Petitioner is detained.

THUS DONE in Chambers on this 18th day of August, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE